1  BRIAN J. STRETCH
   Acting United States Attorney
2  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
3  ILA C. DEISS (NYBN 3052909)
   Assistant United States Attorneys
4

5       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
6       Telephone: (415) 436-7124
        Fax: (415) 436-7169
7       Ila.deiss@usdoj.gov

8  MICHAEL GRANSTON
   JAMIE A. YAVELBERG
9  JENNIFER CIHON
   Attorneys
10 Civil Division
   United States Department of Justice
11
        P.O. Box 261
12      Ben Franklin Station
        Washington, D.C. 20044
13      Telephone: (202) 514-7371
        Facsimile: (202) 305-7361
14      Jennifer.cihon2@usdoj.gov

15 Attorneys for the United States of America

16

17                UNITED STATES DISTRICT COURT

18                NORTHERN DISTRICT OF CALIFORNIA

19                 SAN FRANCISCO DIVISION

20 UNITED STATES OF AMERICA; AND          )   No. CV 11-0822 MEJ
   THE STATES OF CALIFORNIA,              )
21 COLORADO, CONNECTICUT,                 )
   DELAWARE, FLORIDA, GEORGIA,            )
22 HAWAII, ILLINOIS, INDIANA,             )
   LOUISIANA, MARYLAND, MICHIGAN,         )   **UNITED STATES' AND PARTICIPATING**
23                                        )   **STATES' NOTICE OF ELECTION TO**
   MINNESOTA, NEVADA, NEW                 )   **INTERVENE IN PART AND**
24 HAMPSHIRE, NEW JERSEY, NEW             )   **DECLINE IN PART**
   MEXICO, NEW YORK, NORTH                )
25 CAROLINA, OKLAHOMA, RHODE              )
   ISLAND, TENNESSEE, TEXAS,              )
26                                        )
   WISCONSIN, THE COMMONWEALTHS           )   **(FILED UNDER SEAL)**
27 OF MASSACHUSETTS AND VIRGINIA;         )
   and THE DISTRICT OF COLUMBIA;          )
28    *ex rel.* BRIAN SHIELDS,            )

FILED

MAR 3 1 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1    Plaintiffs and Relator,    )
)
2               )
)
3  v.             )
)
4 GENENTECH, INC.;      )
  OSI PHARMACEUTICALS, INC.;  )
5 and NOVARTIS PHARMACEUTICALS )
  CORPORATION       )
6               )
)
7     Defendants.     )
)

1     1.     Pursuant to 31 U.S.C. §§ 3730(b)(2) and (b)(4), the United States and the participating

2 states hereby notify the Court of their decision regarding intervention in this False Claims Act *qui tam*

3 action. The United States and the participating states hereby elect to intervene in this action as to

4 defendant OSI Pharmaceuticals, Inc., acquired by Astellas Pharma US, Inc. (OSI and Astellas) and

5 defendant Genentech, Inc. (Genentech) for purposes of settlement. The United States and the

6 participating states hereby decline to intervene in this action as to Novartis Pharmaceuticals Corporation

7 (Novartis).

8     2.     The parties, including the participating states, have reached a settlement in principle in

9 this case and are in the process of finalizing and executing the settlement agreement. The participating

10 states expect to return the executed state settlement agreements to the settling defendants in

11 approximately fifty (50) days. Once the agreement is finalized and payment is made by Genentech, OSI

12 and Astellas, the United States, the participating states and the Relator, Brian Shields, will file a

13 stipulation of dismissal of the action, pursuant to the terms and conditions of the settlement agreement.

14     3.     Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States and the

15 participating states hereby notify the Court that they have decided not to intervene in this action

16 regarding the claims brought against defendant Novartis and Relator have agreed to dismiss those claims

17 when dismissing the action.

18     4.     The United States and the participating states respectfully ask that per the Court's March

19 16, 2016 Order, all pleadings and other documents filed in this action remain under seal until further

20 order of this Court.

21     //

22     //

23

24

25

26

27

28

Notice of Intervention
CV-11-822 MEJ                 2

Respectfully submitted,

BRIAN J. STRETCH
Acting United States Attorney

DATED: March 29, 2016     By:

ILA C. DEISS
Assistant United States Attorney
Attorneys for the United States of America

DATED: March 2016

RAYMOND J. LIDDY
Deputy Attorney General
For the State of California and participating states



Dated: 3/31/2016

IT IS SO GRANTED.

Notice of Intervention
CV-11-822 MEJ     3