BRIAN J. STRETCH
United States Attorney
SARA WINSLOW
Chief, Civil Division
ILA C. DEISS (NY Bar No. 3052909)
Assistant United States Attorneys
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7124
    Ila.deiss@usdoj.gov
MICHAEL GRANSTON
JAMIE A. YAVELBERG
JENNIFER CIHON
Civil Division, United States Department of Justice
    P.O. Box 261
    Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 514-7371
    Facsimile: (202) 305-7361
    Jennifer.cihon2@usdoj.gov
Attorneys for the United States of America

**FILED**

JUN 3 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA; AND THE STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, LOUISIANA, MARYLAND, MICHIGAN, MINNESOTA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, WISCONSIN, THE COMMONWEALTHS OF MASSACHUSETTS AND VIRGINIA; and THE DISTRICT OF COLUMBIA; *ex rel.* BRIAN SHIELDS,<br><br>    Plaintiffs and Relator,<br><br>    v.<br><br>GENENTECH, INC.; OSI PHARMACEUTICALS, INC.; and NOVARTIS PHARMACEUTICALS CORPORATION<br><br>    Defendants. | No. CV 11-0822 MEJ<br><br>**UNITED STATES' REQUEST TO UNSEAL; AND [PROPOSED] ORDER** |

FILED

JUN 3 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

1. Pursuant to 31 U.S.C. §§ 3730(b)(2) and (b)(4), the United States and Participating States notified the Court of their decisions regarding intervention in part in this False Claims Act *qui tam* action on March 31, 2016.

2. The parties have reached a settlement in principle and Defendants are set to sign the Settlement Agreement on June 6, 2016, and pay June 8, 2016. Under the terms of the Settlement Agreement, after receiving payment, the United States, the Plaintiff States and the Relator, Brian Shields, will file a stipulation of dismissal of the action against OSI and Astellas and Genentech, pursuant to the terms and conditions of the Settlement Agreement.

3. The United States now requests that the Court unseal: (1) Relator's Complaint; First Amended Complaint; and Second Amended Complaint; (2) the summons; (3) the scheduling order; (4) the United States' and Participating States' Notice of Election to Intervene in Part, and Decline in Part; (5) this Request to Unseal, with (Proposed) Order; and (6) all other matters occurring in this action *after* the date the Court enters the unsealing order. The United States requests that all other contents of the Court's file in this matter (including, but not limited to, any applications filed by the United States and States for extensions of the sixty-day investigative period, any applications for partial lifting of the seal, and any orders previously entered in this matter) remain under seal and not be made public or served upon defendants.

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

DATED: June 3, 2016       By: /s/

ILA C. DEISS
Assistant United States Attorney
Attorneys for the United States of America

///

# [PROPOSED] ORDER OF UNSEALING

Upon consideration of the United States' Request to Unseal, the Court rules as follows.

IT IS ORDERED that:

1. The seal shall be lifted as to the (1) Relator's Complaint; First Amended Complaint; and Second Amended Complaint; (2) the summons; (3) the scheduling order; (4) the United States' and Participating States' Notice of Election to Intervene in Part, and Decline in Part; (5) this Request to Unseal, with (Proposed) Order; and (6) all other matters occurring in this action *after* the date this Order.

2. All other previously filed contents of the Court's file in this action shall remain under seal and not be made public or served upon the defendants.

IT IS SO ORDERED.

DATED: 6-3-16

_____
HONORABLE MARIA ELENA JAMES
United States Magistrate Court Judge