BRIAN J. STRETCH
United States Attorney
SARA WINSLOW
Chief, Civil Division
ILA C. DEISS (NY Bar No. 3052909)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7124
   Fax: (415) 436-7169
   Ila.deiss@usdoj.gov

MICHAEL GRANSTON
JAMIE A. YAVELBERG
JENNIFER CIHON
Attorneys
Civil Division
United States Department of Justice

   P.O. Box 261
   Ben Franklin Station
   Washington, D.C. 20044
   Telephone: (202) 514-7371
   Facsimile: (202) 305-7361
   Jennifer.cihon2@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA; AND THE STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, LOUISIANA, MARYLAND, MICHIGAN, MINNESOTA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, WISCONSIN, THE COMMONWEALTHS OF MASSACHUSETTS AND VIRGINIA; and THE DISTRICT OF COLUMBIA; | No. CV 11-0822 MEJ<br><br>STIPULATION TO DISMISS; AND [PROPOSED] ORDER |

| | |
|---|---|
| ex rel. BRIAN SHIELDS, | ) |
| | ) |
| Plaintiffs and Relator, | ) |
| | ) |
| v. | ) |
| | ) |
| GENENTECH, INC.; | ) |
| OSI PHARMACEUTICALS, INC.; | ) |
| and NOVARTIS PHARMACEUTICALS | ) |
| CORPORATION | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

1. Pursuant to Fed. R. Civ. P. 41(a)(l) and 31 U.S.C. § 3730(b)(1), the United States of America ("the United States"), the participating states, and Plaintiff-Relator Brian Shields hereby stipulate to the dismissal of this action pursuant to the terms and conditions of the settlement agreement effective June 6, 2016 ("Settlement Agreement").

2. With prejudice as to himself, the Relator dismisses this action, with the exception of Relator's claims for reasonable attorneys' fees, expenses, and costs against Defendant Genentech and Defendant OSI Pharmaceuticals pursuant to 31 U.S.C. § 3730(d)(1); and/or Relator's retaliation claims under any state and/or federal law, including 31 U.S.C. § 3730(h) asserted against Defendant Genentech in Counts III, IV, V, and VI in Relator's Second Amended False Claims Act Complaint.

3. The United States and the participating states dismiss with prejudice the claims concerning the Covered Conduct in the Settlement Agreement. The United States and participating states dismiss all other claims in this action without prejudice to the United States and the participating states.

4. No Answer has been served or filed, and no parties other than the United States, the participating states, and the Relator have appeared in this action.

IT IS SO STIPULATED.

BRIAN STRETCH
United States Attorney

DATED: June 14, 2016       ___/s/ Ila Deiss_____
ILA C. DEISS
Assistant United States Attorney
Attorneys for the United States of America

DATED: June 15, 2016       _____/s/ Raymond Liddy_____
RAYMOND J. LIDDY
Deputy Attorney General for the State of California
For the State of California and Plaintiff Participating States

DATED: June 14, 2016       ____/s/ Matthew Pavone_____
MATTHEW PAVONE
MARCELLA AUERBACH
KENNETH NOLAN

Attorneys for Plaintiff/Relator

//

1  [PROPOSED] ORDER

2  PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:

3  1. With prejudice as to Relator Brian Shields, this action is dismissed, with the exception of Relator's claims for reasonable attorneys' fees, expenses, and costs against Defendant Genentech and Defendant OSI Pharmaceuticals pursuant to 31 U.S.C. § 3730(d)(1); and/or Relator's retaliation claims under any state and/or federal law, including 31 U.S.C. § 3730(h) asserted against Defendant Genentech in Counts III, IV, V, and VI in Relator's Second Amended False Claims Act Complaint.

2. Pursuant to the terms and conditions of the Settlement Agreement (effective June 6, 2016), the claims concerning the Covered Conduct in the Settlement Agreement are dismissed with prejudice as to the United States and the participating states. All other claims in this action are dismissed without prejudice as to the United States and the participating states.

IT IS SO ORDERED.

DATED:

_____
HONORABLE MARIA ELENA JAMES
United States Magistrate Court Judge