1  BRIAN J. STRETCH
   United States Attorney
2  SARA WINSLOW
   Chief, Civil Division
3  ILA C. DEISS (NY Bar No. 3052909)
4  Assistant United States Attorneys

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
6     Telephone: (415) 436-7124
      Fax: (415) 436-7169
7     Ila.deiss@usdoj.gov
8
   MICHAEL GRANSTON
9  JAMIE A. YAVELBERG
   JENNIFER CIHON
10 Attorneys
   Civil Division
11 United States Department of Justice

12    P.O. Box 261
      Ben Franklin Station
13    Washington, D.C. 20044
      Telephone: (202) 514-7371
14    Facsimile: (202) 305-7361
      Jennifer.cihon2@usdoj.gov

15 Attorneys for the United States of America

16

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19                         SAN FRANCISCO DIVISION

| | |
|---|---|
| 20  UNITED STATES OF AMERICA; AND ) | No. CV 11-0822 MEJ |
| 21  THE STATES OF CALIFORNIA, ) | |
|     COLORADO, CONNECTICUT, ) | |
| 22  DELAWARE, FLORIDA, GEORGIA, ) | |
|     HAWAII, ILLINOIS, INDIANA, ) | |
| 23  LOUISIANA, MARYLAND, MICHIGAN, ) | STIPULATION TO DISMISS; AND |
|     MINNESOTA, NEVADA, NEW ) | [PROPOSED] ORDER |
| 24  HAMPSHIRE, NEW JERSEY, NEW ) | |
|     MEXICO, NEW YORK, NORTH ) | |
| 25  CAROLINA, OKLAHOMA, RHODE ) | |
|     ISLAND, TENNESSEE, TEXAS, ) | |
| 26  WISCONSIN, THE COMMONWEALTHS ) | |
|     OF MASSACHUSETTS AND VIRGINIA; ) | |
| 27  and THE DISTRICT OF COLUMBIA; ) | |
| 28                                ) | |

| | |
|---|---|
| ex rel. BRIAN SHIELDS, | ) |
| | ) |
| Plaintiffs and Relator, | ) |
| | ) |
| v. | ) |
| | ) |
| GENENTECH, INC.; | ) |
| OSI PHARMACEUTICALS, INC.; | ) |
| and NOVARTIS PHARMACEUTICALS | ) |
| CORPORATION | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

1. Pursuant to Fed. R. Civ. P. 41(a)(l) and 31 U.S.C. § 3730(b)(1), the United States of America ("the United States"), the participating states, and Plaintiff-Relator Brian Shields hereby stipulate to the dismissal of this action pursuant to the terms and conditions of the settlement agreement effective June 6, 2016 ("Settlement Agreement").

2. With prejudice as to himself, the Relator dismisses this action, with the exception of Relator's claims for reasonable attorneys' fees, expenses, and costs against Defendant Genentech and Defendant OSI Pharmaceuticals pursuant to 31 U.S.C. § 3730(d)(1); and/or Relator's retaliation claims under any state and/or federal law, including 31 U.S.C. § 3730(h) asserted against Defendant Genentech in Counts III, IV, V, and VI in Relator's Second Amended False Claims Act Complaint.

3. The United States and the participating states dismiss with prejudice the claims concerning the Covered Conduct in the Settlement Agreement. The United States and participating states dismiss all other claims in this action without prejudice to the United States and the participating states.

4. No Answer has been served or filed, and no parties other than the United States, the participating states, and the Relator have appeared in this action.

1    IT IS SO STIPULATED.

2                                                          BRIAN STRETCH
                                                           United States Attorney
3

4    DATED: June 14, 2016                    ____/s/ Ila Deiss_____
                                                           ILA C. DEISS
5                                                          Assistant United States Attorney
                                                           Attorneys for the United States of America
6

7

8

9    DATED: June 15, 2016                    _____/s/ Raymond Liddy_____
                                                           RAYMOND J. LIDDY
10                                                         Deputy Attorney General for the State of California
                                                           For the State of California and Plaintiff Participating States
11

12

13
     DATED: June 14, 2016                    ____/s/ Matthew Pavone_____
14                                                         MATTHEW PAVONE
                                                           MARCELLA AUERBACH
15                                                         KENNETH NOLAN

16                                                         Attorneys for Plaintiff/Relator

17

18

19                                                         //

20

21

22

23

24

25

26

27

28

Stipulation to Dismiss; and [Proposed] Order
CV-11-822 MEJ                                     3

1 [PROPOSED] ORDER

2 PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:

3    1.   With prejudice as to Relator Brian Shields, this action is dismissed, with the exception of Relator's claims for reasonable attorneys' fees, expenses, and costs against Defendant Genentech and Defendant OSI Pharmaceuticals pursuant to 31 U.S.C. § 3730(d)(1); and/or Relator's retaliation claims under any state and/or federal law, including 31 U.S.C. § 3730(h) asserted against Defendant Genentech in Counts III, IV, V, and VI in Relator's Second Amended False Claims Act Complaint.

   2.   Pursuant to the terms and conditions of the Settlement Agreement (effective June 6, 2016), the claims concerning the Covered Conduct in the Settlement Agreement are dismissed with prejudice as to the United States and the participating states. All other claims in this action are dismissed without prejudice as to the United States and the participating states.

IT IS SO ORDERED.

DATED: June 15, 2016

_____
HONORABLE MARIA ELENA JAMES
United States Magistrate Court Judge