UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRIAN SHIELDS,

Plaintiff and Relator,

v.

GENENTECH, INC., et al.,

Defendants.

Case No. 11-cv-00822-MEJ

**ORDER RE: STATUS REPORT**

On October 5, 2016, Plaintiff-Relator Brian Shields filed a statement indicating he is dismissing his remaining claims against Defendants and does not intend to pursue any other claims. *See* Stmt., Dkt. No. 34. However, he indicates that still pending is his claim for reasonable attorney's fees and costs against both Defendants and notes he has made a demand to which he understands Defendants will reply "shortly." *Id.*

In light of the foregoing, the Court **ORDERS** Plaintiff-Relator to file an updated status report by October 27, 2016, if this action is not already dismissed in its entirety.

**IT IS SO ORDERED.**

Dated: October 5, 2016

MARIA-ELENA JAMES
United States Magistrate Judge

United States District Court
Northern District of California