
KENNETH J. NOLAN, Esq. (FL SBN 603406)
MARCELLA AUERBACH, Esq. (FL SBN 249335)
JOSEPH E.B. WHITE, Esq. (PA SBN 203475)
MATTHEW B. PAVONE, Esq. (CA SBN 95964)
NOLAN, AUERBACH & WHITE, P.L.
435 North Andrews Avenue, Suite 401
Fort Lauderdale, FL 33301
(954) 779 3943
(954) 779-3937 (fax)

Courtyard Square
750 Grant Avenue, Suite 250
Novato, CA 94945
(415) 209-9610
(415) 892-0337 (fax)
Attorneys for Plaintiff Brian Shields

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA; AND THE STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, LOUISIANA, MARYLAND, MICHIGAN, MINNESOTA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, WISCONSIN, THE COMMONWEALTHS OF MASSACHUSETTS AND VIRGINIA; and THE DISTRICT OF COLUMBIA; <br><br> *ex rel.* BRIAN SHIELDS <br><br>         Plaintiffs and Relator, <br><br> v. <br><br> GENENTECH, INC.; OSI PHARMACEUTICALS, INC.; and NOVARTIS PHARMACEUTICALS CORPORATION <br>         Defendants. | CIVIL ACTION NO.: CV 11 0822 MEJ <br> Assigned to the Honorable Maria Elena James <br><br> **ORDER GRANTING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

ORDER GRANTING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
CV 11 0822 MEJ
1

**NOTICE IS HEREBY GIVEN** that pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Brian Shields voluntarily dismisses, without prejudice, COUNTS III, IV, V and VI of the Plaintiff's Second Amended False Claims Act Complaint against Defendant Genentech, Inc. This Notice of Dismissal is being filed with the Court before service by the Defendant of either an answer or another pleading responsive to the Complaint.

Dated: October 5, 2016.

Respectfully submitted,
NOLAN, AUERBACH & WHITE, P.L.

By: _/s/ Matthew Pavone_
Matthew Pavone
CA SBN: 95964
Nolan, Auerbach & White, P.L.
Courtyard Square
750 Grant Avenue, Suite 250
Novato, CA 94965
(415) 209-9610
(415) 892-0337 FAX

Kenneth J. Nolan, Esq.
Marcella Auerbach, Esq.
Joseph E. B. White, Esq.
Nolan, Auerbach & White, P.L.
435 N. Andrews Ave., Suite 401
Fort Lauderdale, FL 33301
(954) 779-3943
(954) 779-3937 FAX

...

## ORDER

Based upon the foregoing Notice of Voluntary Dismissal, Counts III, IV, V and VI of the Plaintiff's Second Amended False Claims Act Complaint are hereby DISMISSED WITHOUT PREJUDICE.

DATED: __OCTOBER 7__, 2016

_____
MARIA ELENA JAMES
U.S. DISTRICT JUDGE