KENNETH J. NOLAN, Esq. (FL SBN 603406)
MARCELLA AUERBACH, Esq. (FL SBN 249335)
JOSEPH E.B. WHITE, Esq. (PA SBN 203475)
MATTHEW B. PAVONE, Esq. (CA SBN 95964)
NOLAN, AUERBACH & WHITE, P.L.
435 North Andrews Avenue, Suite 401
Fort Lauderdale, FL 33301
(954) 779 3943
(954) 779-3937 (fax)

Courtyard Square
750 Grant Avenue, Suite 250
Novato, CA 94945
(415) 209-9610
(415) 892-0337 (fax)
Attorneys for Plaintiff-Relator Brian Shields

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA; AND THE STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, LOUISIANA, MARYLAND, MICHIGAN, MINNESOTA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, WISCONSIN, THE COMMONWEALTHS OF MASSACHUSETTS AND VIRGINIA; and THE DISTRICT OF COLUMBIA; *ex rel.* BRIAN SHIELDS,<br><br>Plaintiffs and Relator,<br>v.<br><br>GENENTECH, INC.; OSI PHARMACEUTICALS, INC.; and NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Defendants. | CIVIL ACTION NO.: CV 11 0822 MEJ<br>Assigned to the Honorable Maria Elena James<br><br>**PLAINTIFF-RELATOR'S UPDATED STATUS REPORT** |

Plaintiff-Relator, BRIAN SHIELDS, by and through his attorneys of record, presents this UPDATED STATUS REPORT, and states:

1. Pursuant to this Honorable Court's Order, dated October 26, 2016 (Doc. 39), Plaintiff-Relator provides this Updated Status Report.

2. Settlement negotiations on Plaintiff-Relator's fees claim are ongoing. Communications are somewhat difficult due to scheduling conflicts of counsel, but they continue in earnest. The parties have exchanged an initial settlement offer (Defendants) and a counter-demand (Plaintiff-Relator), and Defendants are currently evaluating Plaintiff-Relator's counter-demand. The negotiations are being facilitated by the fact Defendants are negotiating jointly through one attorney.

Dated: November 10, 2016.

Respectfully submitted,

NOLAN, AUERBACH & WHITE, P.L.

By: [signature]

Matthew B. Pavone
CA SBN: 95964
Nolan, Auerbach & White, P.L.
Courtyard Square
750 Grant Avenue, Suite 250
Novato, CA 94965
(415) 209-9610
(415) 892-0337 FAX

Kenneth J. Nolan, Esq.
Marcella Auerbach, Esq.
Joseph E. B. White, Esq.
Nolan, Auerbach & White, P.L.
435 N. Andrews Ave., Suite 401
Fort Lauderdale, FL 33301
(954) 779-3943
(954) 779-3937 FAX

**CERTIFICATE OF SERVICE**

The undersigned certified that on November 10, 2016, the foregoing Plaintiff-Relator's Updated Status Report was filed electronically. Pursuant to Fed. R. Civ. P. 5(d), the following attorneys will be served by electronic mail and first class mail on this same date as follows:

FOR DEFENDANT GENENTECH, INC.:

Elliott R. Peters, Esq.
David Silbert, Esq.
Keker & Van Nest, LLP.
633 Battery Street
San Francisco, CA 94111-1890
epeters@kvn.com
dsilbert@kvn.com

FOR DEFENDANT OSI PHARMACEUTICALS, INC.:

Sarah A. Franklin, Esq.
Matthew O'Connor, Esq.
Geoffrey Hobart,Esq.
Covington & Burling LLP
Once CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
sfranklin@cov.com
moconnor@cov.com
ghobart@cov.com

DATED: November 10, 2016

Narda Gaskell

Narda Gaskell, Assistant to
MATTHEW B. PAVONE