UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>GENENTECH, INC., et al.,<br><br>    Defendants. | Case No. 11-cv-00822-MEJ<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 40 |

On June 15, 2016, the Court granted the United States of America, the participating states, and Plaintiff-Relator Brian Shields' stipulation for the dismissal of this action pursuant to the terms and conditions of the parties' June 6, 2016 settlement agreement. Dkt. No. 32. The Stipulation and Order provided as follows:

> With prejudice as to Relator Brian Shields, this action is dismissed, with the exception of Relator's claims for reasonable attorneys' fees, expenses, and costs against Defendant Genentech and Defendant OSI Pharmaceuticals pursuant to 31 U.S.C. § 3730(d)(1); and/or Relator's retaliation claims under any state and/or federal law, including 31 U.S.C. § 3730(h) asserted against Defendant Genentech in Counts III, IV, V, and VI in Relator's Second Amended False Claims Act Complaint.

*Id.* at 4. The Court acknowledged that "[n]o Answer has been served or filed, and no parties other than the United States, the participating states, and the Relator have appeared in this action." *Id.* at 2.

The parties took no further action since the Court issued that Order, and on September 28, 2016, the Court ordered Plaintiff-Relator to file a status conference statement addressing whether he intended to prosecute the remaining claims and the status of any communications with Defendants for litigation or settlement purposes. Dkt. No. 33. On October 5, 2016, Plaintiff-

1   Relator filed a statement and a proposed order dismissing his remaining claims against Defendants
2   and indicating he does not intend to pursue any other claims. *See* Stmt., Dkt. No. 34; Proposed
3   Order, Dkt. No. 35. However, he indicated his claim for reasonable attorney's fees and costs
4   against both Defendants remained pending, and that he had made a demand to Defendants. *See*
5   Stmt. The Court granted Plaintiff-Relator's proposed order, dismissing Counts III, IV, V and VI
6   of the Second Amended Complaint (Order, Dkt. No. 37), and ordered Plaintiff-Relator to file an
7   updated status report by October 27, 2016, if this action had not already been dismissed in its
8   entirety (Status Order, Dkt. No. 36).

9   On October 26, 2016, Plaintiff-Relator filed a status report indicating he "does not intend
10  to pursue any other substantive claims" and "[t]here now remains only Plaintiff-Relator's statutory
11  claim to reasonable attorneys' fees, costs, and expenses, pursuant to Title 31, United States Code,
12  section 3730(d)(1), as to each Defendant." Dkt. No. 38. He indicated that his counsel and
13  "defense counsel have been striving to have substantive communications on the subject of
14  resolving the Plaintiff-Relator's claim to reasonable attorney's fees and costs." *Id.* The Court
15  again allowed Plaintiff until November 11, 2016 to file a status report, unless this action was
16  "already dismissed in its entirety." Dkt. No. 39.

17  On November 10, 2016, Plaintiff-Relator filed a status report indicating "[s]ettlement
18  negotiations on Plaintiff-Relator's fees claim are ongoing" and the parties' have exchanged offers
19  and counter-offers at this point. Dkt. No. 40. Plaintiff-Relator still has not served Defendants in
20  this action.

21  It has been several months since this action has been dismissed on all claims other than
22  those for reasonable attorney's fees and costs. Defendants have not yet been served or appear in
23  this action. Accordingly, the Court now **ORDERS** Plaintiff-Relator to show cause why the Court
24  should not order him to serve Defendants or dismiss this action. The Court believes that both a
25  schedule for resolving Plaintiff-Relator's fee request and the Court's Alternative Dispute
26  Resolution resources may benefit the parties at this point. Plaintiff-Relator shall file a response of
27  no more than 5 pages, double-spaced pages addressing the Court's concerns **by January 27, 2017**.
28  Additionally, Plaintiff-Relator shall serve Defendants will this Order and file a proof of service

1   with the Court no later than **January 13, 2017.**

2       **IT IS SO ORDERED.**

4   Dated: January 6, 2017

                                                       _____
                                                       MARIA-ELENA JAMES
                                                       United States Magistrate Judge