IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA; et al.<br><br>Plaintiffs,<br>v.<br><br>GENENTECH, INC., et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>/ | Case No. 11-cv-00822-MEJ<br>Assigned to the Honorable Maria Elena James<br><br>**RESPONSE TO ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 41 |

Plaintiff-Relator, BRIAN SHIELDS, by and through his attorneys of record respond to this Honorable Court's Order to Show Cause (Docket No. 41), and states:

1. Since the Plaintiff-Relator's last Status Conference Statement (Docket No. 40), Relator's Counsel and Defense Counsel have made considerable progress toward resolving the Relator's claim to reasonable attorney's fees and costs. Each side is engaged in active and substantive discussions and each side has thus far made considerable movement. Relator's Counsel expects that the matter will either be settled, or an impasse reached, within thirty (30) days.

2. While we do not believe that a schedule and the Court's Alternate Dispute Resolution resources are necessary prior to thirty (30) days from now, Relator's Counsel is at all times prepared to serve Plaintiff-Relator's Complaint upon Defendants.

Dated: January 24, 2017.

Respectfully submitted,
NOLAN, AUERBACH & WHITE, P.L.

By: Matthew B. Pavone

Matthew Pavone
CA SBN: 95964
Nolan, Auerbach & White, P.L.
Courtyard Square
750 Grant Avenue, Suite 250
Novato, CA 94965
(415) 209-9610
(415) 892-0337 FAX

Kenneth J. Nolan, Esq.
Marcella Auerbach, Esq.
Joseph E. B. White, Esq.
Nolan, Auerbach & White, P.L.
435 N. Andrews Ave., Suite 401
Fort Lauderdale, FL 33301
(954) 779-3943
(954) 779-3937 FAX

**CERTIFICATE OF SERVICE**

The undersigned certified that on January 25, 2017, the foregoing Plaintiff-Relator's Response to Order to Show Cause RE Docket 41 was filed electronically. Pursuant to Fed. R. Civ. P. 5(d), the following attorneys will be served by electronic mail and first class mail on this same date as follows:

FOR DEFENDANT GENENTECH, INC.:

Elliott R. Peters, Esq.
David Silbert, Esq.
Keker & Van Nest, LLP.
633 Battery Street
San Francisco, CA 94111-1890
epeters@kvn.com
dsilbert@kvn.com

FOR DEFENDANT OSI PHARMACEUTICALS, INC.:

Sarah A. Franklin, Esq.
Matthew O'Connor, Esq.
Geoffrey Hobart,Esq.
Covington & Burling LLP
Once CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
sfranklin@cov.com
moconnor@cov.com
ghobart@cov.com

DATED: January 25, 2017

Narda Gaskell

Narda Gaskell, Assistant to
MATTHEW B. PAVONE