United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ET AL.,
Plaintiffs,

v.

GENENTECH, INC., et al.,
Defendants.

Case No. 11-cv-00822-MEJ

**ORDER**

The Court ordered Plaintiff-Relator Brian Shields to show cause why it should not order him to serve Defendants or dismiss the action. *See* Order to Show Cause ("OSC") at 2, Dkt. No. 41. On January 25, 2017, Plaintiff-Relator indicated he and Defendants "have made considerable progress toward resolving the Relator's claim to reasonable attorney's fees and costs." OSC Resp. ¶ 1, Dkt. No. 43. Plaintiff-Relator "expect[s] that the matter will either be settled, or an impasse reached, within thirty (30) days." *Id.* He further represents he "is at all times prepared to serve [the] Complaint upon Defendants." *Id.*

More than thirty days has passed since that status update. Plaintiff-Relator has not indicated he and Defendants have reached a settlement as to attorneys' fees, and Defendants still have not been served. Plaintiff-Relator dismissed all claims other than those for attorneys' fees in October 2016 (*see* Dkt. No. 38 ¶ 3), and "substantive discussions" about such fees has been ongoing since that time (*see* OSC Resp.; Dkt. Nos. 38, 40). Accordingly, the Court **ORDERS** the following:

1. No later than **March 21, 2017**, Plaintiff-Relator shall file either a notice of dismissal because the matter has been resolved or he has served Defendants.
2. Plaintiff shall serve this Order on Defendants and file a proof of service no later

United States District Court
Northern District of California

than **March 13, 2017**.

**IT IS SO ORDERED.**

Dated: March 7, 2017

MARIA-ELENA JAMES
United States Magistrate Judge